UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
06-CV-4528(JMR/RLE)

| | | |
|---|---|---|
| Raphael Mendez | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Marty Anderson et al. | ) | |

Plaintiff objects to the Report and Recommendation, issued November 17, 2006, by the Honorable Raymond L. Erickson, United States Magistrate Judge. Plaintiff's objections to the Report were timely filed pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation [Docket No. 3]. Accordingly, IT IS ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis [Docket No. 2] is denied, as moot.

2.  The above-entitled matter is summarily dismissed pursuant to Title 28 U.S.C. § 1915(e)(2)(b)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 20th, 2006

    s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge